# ZUCKER STEINBERG & WIXTED, PA

|  | *ATTORNEYS AT LAW* | Jeffrey C. Zucker, Esquire |
|---|---|---|
| Jeffrey C. Zucker\| | A PROFESSIONAL CORPORATION | Email: Jzucker@zswlaw.com |
| Saul J. Steinberg*γ | | |
| Dennis Wixted+ | | Saul J. Steinberg, Esquire |
| | 415 FEDERAL STREET | Email: Ssteinberg@zswlaw.com |
| ----------- | CAMDEN, NEW JERSEY 08103 | |
| David W. Sufrin | T: (856) 365-0080 | Dennis Wixted, Esquire |
| Derek A. DeCosmoγ | F: (856) 338-0217 | Email: Dwixted@zswlaw.com |

\|ALSO MEMBER OF FLORIDA BAR     Web Site: www.zswlaw.com
 ⊄ ALSO MEMBER OF PENNSYLVANIA BAR
 + CERTIFIED CRIMINAL TRIAL ATTORNEY
 * LL.M IN TAXATION

August 20, 2024

<u>*Via E-FILE*</u>
**Magistrate Judge Matthew J. Skahill**
United State District Court
District of New Jersey, Camden Vicinage
Mitchell H. Cohen Bldg. & U.S. Courthouse
4TH & Cooper Street, Room 1050
Camden NJ 08101

      **RE:**   <u>**State of New Jersey v. William Klimkofski**</u>
      **Docket No.: 1:21-cv-10616-JHR-MJS**

Dear Magistrate Skahill:

I represent the defendant, William Klimkofski, with reference to the above-captioned matter, which is currently scheduled for a conference call on Thursday, August 22, 2024, at 1:00 PM in your municipality.

With the consent of my adversary, I am respectfully requesting an adjournment of this matter due to my client's having surgery on August 20, 2024. Also, Winslow Township Municipal Court matter is being postponed to October 2024.

I thank the Court for its kind consideration.

Respectfully submitted,

ZUCKER STEINBERG & WIXTED, P.A.

*/s/ Saul J. Steinberg*
SAUL J. STEINBERG
SJS/kr